■
**Aaron JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34910.**

Missouri Court of Appeals,
Western District.

Jan. 10, 1984.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Feb. 28, 1984.

Susan Chapman, Public Defender, Sixth
Judicial Circuit, Platte City, for appellant.

Bruce Farmer, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK
and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).

■
**Bonita ROUTH and Larry W.
Routh, Appellants,**

v.

**K.B. KERN COMPANY, INC.,
Respondent.**

**No. WD 34291.**

Missouri Court of Appeals,
Western District.

Jan. 17, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Feb. 28, 1984.

Thaine Q. Blumer, Blumer & Nally, Kansas City, for appellants.

Clyde G. Meise, Meise, Cope, Coen &
McIntosh, Kansas City, for respondent.

Before SHANGLER, P.J., and CLARK
and MANFORD, JJ.

**ORDER**

PER CURIAM.

Appeal from adverse jury verdict.

Judgment affirmed. Rule 84.16(b).